FILED
2025 Nov-03  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERMICHAEL HARRIS and** | ) | |
| **CARLOS HARRIS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-1000-AMM-SGC** |
| | ) | |
| **BLOUNT COUNTY JAIL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 3, 2025, recommending the dismissal of this action without prejudice for failure to state a claim upon which relief can be granted. Doc. 5. Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections. The deadline to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this action is due to be dismissed without prejudice for failure to state a claim.

A separate order will be entered.

**DONE** and **ORDERED** this 3rd day of November, 2025.

_____

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE